UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-CV-00097 |
| ) | Chief Judge Campbell |
| $24,120 UNITED STATES CURRENCY and ) | |
| $22,900 UNITED STATES CURRENCY, ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

The United States of America, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, has moved for entry of a Default Judgment as to $24,120 United States currency and $22,900 United States currency (collectively "Defendant Property") and for entry of an Order of Forfeiture. The Court finds, as follows:

1. On February 14, 2022, the United States of America filed the Verified Complaint *In Rem* against the Defendant Property alleging that it is moneys furnished or intended to be furnished by any person in exchange for a controlled substance, or proceeds traceable to such an exchange, or moneys used or intended to be used to facilitate drug trafficking in violation of 21 U.S.C. §§ 801, *et seq.*, including 21 U.S.C. § 841 and 21 U.S.C. § 846, and it is therefore forfeitable pursuant to 21 U.S.C. § 881(a)(6).

2. Based upon the facts contained in the Affidavit filed in support of the Verified Complaint *In Rem*, the United States has established, by a preponderance of the evidence, the requisite nexus between the Defendant Property and the offenses alleged in the Verified Complaint *In Rem* and the Defendant Property is forfeitable, pursuant to 21 U.S.C. § 881(a)(6), because the Defendant Property is moneys furnished or intended to be furnished by any person in exchange

for a controlled substance, or proceeds traceable to such an exchange, or moneys used or intended to be used to facilitate drug trafficking in violation of 21 U.S.C. §§ 801, *et seq.*, including 21 U.S.C. § 841 and 21 U.S.C. § 846.

3. Pursuant to Summons and Warrant for Arrest *In Rem* issued by the Clerk of this Court on February 15, 2022, the United States Marshals Service served the Summons and Warrant for Arrest *In Rem* on the Defendant Property.

4. Public notice to all persons of said forfeiture action was also advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for thirty (30) consecutive days beginning on February 17, 2022 and ending on March 18, 2022.

5. In addition, on February 15, 2022, a copy of the Verified Complaint *In Rem*, Affidavit and Notice of Judicial Forfeiture were duly served upon Richard Scott Jordan ("Mr. Jordan") and Jeremiah Styles, attorney for Mr. Jordan, by certified mail, return receipt requested.

6. Mr. Jordan filed a claim to the Defendant Property on March 25, 2022 and filed his answer to the Verified Complaint *In Rem* on May 4, 2022.

7. The time for filing a claim pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure has expired, and no other person nor entity has filed a claim or answer or otherwise made an appearance in this action.

8. On December 20, 2022, the Clerk of this Court entered a default as to all other persons and entities who may claim to have an interest in Defendant Property, except Mr. Jordan.

9. On July 30, 2024, the United States moved to strike Mr. Jordan's claim and answer on July 30, 2024 and this Court entered its Order striking Mr. Jordan's claim and answer with prejudice on September 12, 2024.

Therefore, it is hereby **ORDERED** that:

A. A Judgment by Default is hereby entered as to Richard Scott Jordan and all other persons or entities with respect to any interest they may have in the Defendant Property.

B. The Defendant Property is hereby forfeited to the United States of America, and all right, title and interest in and to said Defendant Property is hereby vested in the United States of America, pursuant to 21 U.S.C. § 881(a)(6).

C. The United States Marshals Service, as custodian of said Defendant Property, shall take custody of the Defendant Property and dispose of the same according to law.

D. The Clerk of this Court shall provide the United States Attorney's Office and the United States Marshals Service with a certified copy of this order.

**SO ORDERED** this  19th day of           September            2024.

_____
WILLIAM L. CAMPBELL, JR.
Chief United States District Court Judge